**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DISTRICT**

| | |
|---|---|
| **RUSTY PAYTON,** individually, and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | No. 13 cv 8002 |
| **KALE REALTY, LLC,** an Illinois limited liability company, and **VOICESHOT LLC**, a Delaware limited liability company, ) ) ) ) | |
| Defendants. ) | |

**STIPULATION**

In exchange for plaintiff's agreement to voluntarily withdraw his amended motion for class certification without prejudice, Voiceshot, LLC and Kale Realty, LLC hereby stipulate and agree that ─ with the exception of the Rule 68 Offer of Judgment delivered to counsel representing the named plaintiff, Rusty Payton on May 19, 2014 ─ the defendants and their counsel will not make any further Rule 68 Offers of Judgment or attempt to "pick off" the plaintiff, or otherwise do anything to moot or attempt to moot the plaintiff's claims in this case during the period of time that plaintiff's amended motion for class certification is withdrawn and not pending before the Court.

**KALE REALTY, LLC**                              **VOICESHOT, LLC**

By:   /s/William D. Nagel                         By:   /s/ Jeffrey H. Bunn
    William D. Nagel                              Jeffrey H. Bunn
    Krasnow Saunders Kaplan & Beninati             Latimer LeVay Fyock LLC
    500 North Dearborn Street, 2nd Floor            55 W. Monroe Street, Suite 1100
    Chicago, IL 60654                               Chicago, IL 60603
    (312) 755-5700                                  (312) 422-8000
    (312) 755-5720 (fax)                            (312) 422-8001 (fax)
    wnagel@krasnowsaunders.com                      jbunn@llflegal.com

## **CERTIFICATE OF SERVICE**

  Thomas A. Zimmerman, Jr., an attorney, hereby certifies that he caused the above and foregoing Stipulation to be served upon counsel of record in this case via the U.S. District Court CM/ECF System, on this day June 23, 2014.


          _____s/ Thomas A. Zimmerman, Jr._____