**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 13-cv-8002 |
|---|---|

RUSTY PAYTON, individually, and on behalf of all others similarly situated,

vs.

KALE REALTY, LLC, an Illinois limited liability company, and VOICESHOT LLC, a Delaware limited liability company

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

VOICESHOT LLC

| NAME (Type or print) |
|---|
| Anthony J. Monaco |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Anthony J. Monaco |
| FIRM |
| Swanson, Martin & Bell, LLP |
| STREET ADDRESS |
| 330 N Wabash Ave #3300 |
| CITY/STATE/ZIP |
| Chicago, Illinois 60611 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6279545 | 312-321-9100 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐