UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

| | |
|---|---|
| JUAN SOTO, on behalf of himself and all others similarly situated,<br><br>   Plaintiff,<br><br>vs.<br><br>KALE REALTY, LLC, an Illinois limited liability company,<br><br>   Defendant. | Case No. 1:13-cv-08002<br><br>Judge Joan H. Lefkow |

## STIPULATION OF DISMISSAL

The undersigned parties, by their respective counsel, hereby agree and stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A), to the dismissal of Kale Realty, LLC, as a party defendant in this action. This dismissal, as to the claims of Plaintiff Juan Soto, is with prejudice. This dismissal is without prejudice to the claims that any putative class members may have.


Plaintiff JUAN SOTO,

By: /s/ Thomas A. Zimmerman, Jr.
  Thomas A. Zimmerman, Jr.
  Amelia S. Newton
  Sharon A. Harris
  Matthew C. De Re
  Nickolas J. Hagman
  ZIMMERMAN LAW OFFICES, P.C.
  77 W. Washington Street, Suite 1220
  Chicago, Illinois 60602
  (312) 440-0020

*Counsel for Plaintiff and the Putative Class*

Defendant KALE REALTY, LLC,

By: /s/ Peter C. Morse
  Peter C. Morse
  MORSE, BOLDUC & DINOS
  25 E. Washington Street, Suite 750
  Chicago, Illinois 60602
  (312) 251-2577

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

Thomas A. Zimmerman, Jr., an attorney, hereby certifies that he caused a true and correct copy of the foregoing *Stipulation of Dismissal* to be served upon counsel of record in this case via the U.S. District Court CM/ECF System, on this day August 25, 2016.

/s/ Thomas A. Zimmerman, Jr.