UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1
Eastern Division

Rusty Payton, et al.
                              Plaintiff,

v.                                             Case No.: 1:13−cv−08002
                                                   Honorable Joan H. Lefkow

Kale Realty, LLC, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, August 26, 2016:

      MINUTE entry before the Honorable Joan H. Lefkow:Case is dismissed pursuant to Stipulation of Dismissal [210]. Kale Realty, LLC, is dismissed as a party defendant in this action. This dismissal, as to the claims of Plaintiff Juan Soto, is with prejudice. This dismissal is without prejudice to the claims that any putative class members may have. Civil case terminated. Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.